

FILED

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0111

JACOB SMITH,

    Plaintiff and Appellant,

v.

BREANNE DAVIS,

    Defendant and Appellee.

**FILED**

JUL 1 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for an extension of time to file his opening brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the Motion for 30-day Extension is GRANTED. Appellant has until August 6, 2020, within which to file his opening brief.

DATED this 10th day of July, 2020.

For the Court,

_____
Chief Justice